```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

        IN RE:                                          CASE NO. 07 B 14744
          JAY L JONES
          PATRICIA L JONES                              CHAPTER 13

                                                        JUDGE: A. BENJAMIN GOLDGAR
                 Debtor
          SSN XXX-XX-9008      SSN XXX-XX-8145
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/15/07 and confirmed on 11/16/07.

    2.  The case was dismissed after confirmation, 08/22/2008.

    3.  The Debtor paid a total of $   2350.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITI RESIDENTIAL LENDING | CURRENT MORTG | .00 | .00 | .00 |
| CITI RESIDENTIAL LENDING | MORTGAGE ARRE | .00 | .00 | .00 |
| AT&T BANKRUPTCY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 950.71 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL ACUTE CARE | UNSECURED | 569.63 | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 555.56 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 553.38 | .00 | .00 |
| K MART | UNSECURED | NOT FILED | .00 | .00 |
| KEYNOTE CONSULTING INC | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY MENTAL HEALT | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 813.15 | .00 | .00 |
| RESURGENCE FINANCIAL | UNSECURED | 4143.61 | .00 | .00 |
| ROLLINS FAMILY DENTAL CT | UNSECURED | NOT FILED | .00 | .00 |
| ROUND LAKE LIBRARY | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF ROUND LAKE BE | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASTE MANAGEMENT | UNSECURED | 69.39 | .00 | .00 |
| ROUND LAKE SCHOOL DIST 1 | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 546.63 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

---

```
TOTAL CLMS ALLOWED            .00         .00      8202.06         .00      8202.06
PRINCIPAL PAID                .00         .00          .00         .00          .00
INTEREST PAID                 .00         .00          .00         .00          .00
TOTAL PAID                    .00         .00          .00         .00          .00
```
The Debtor's attorney, FELD & KORRUB LLC              , was allowed $   3500.00
and was paid $    500.00   direct and $   2230.60   through the plan.

The Trustee received $    119.40 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 11/13/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE




                              PAGE   2
    CASE NO. 07 B 14744 JAY L JONES & PATRICIA L JONES